Clarence B. DAVISON, as Surviving Executor of the Last WILL and Testament of Levis W. MINFORD, Deceased, and American Exchange Irving Trust Company as Administrator with the Will Annexed of the Estate of Levis W. Minford, Petitioners, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 63.

Circuit Court of Appeals, Second Circuit.

Nov. 16, 1931.

Charles E. Hotchkiss, Sydney G. Soons, and J. Sterling Halstead, all of New York City, for petitioners.

G. A. Youngquist, Asst. Atty. Gen., and Sewall Key and Andrew D. Sharpe, Sp. Assts. to Atty. Gen. (C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., and James K. Polk, Jr., Sp. Atty., Bureau of Internal Revenue, of Washington, D. C., of counsel), for respondent.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decision affirmed.